UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COMMERCE WEST INSURANCE COMPANY, | CASE NO. C18-625-MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ROBERT and ELAINE LUCKE, | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States District Judge: The Court is in receipt of Plaintiff's Motion for Summary Judgment for Declaratory Relief (Dkt. No. 12), which noted for consideration on June 22, 2018 and Defendants' Cross Motion for summary Judgment for Declaratory Relief (Dkt. No. 23), which does not note until August 10, 2018. Because these motions involve identical issues, the Court hereby re-notes Plaintiff's Motion to August 10, 2018. The Court will consider both motions together once all briefing has been submitted.

The clerk is ordered to provide copies of this order to all counsel.

1	Filed July 27, 2018.

							William M. McCool
							Clerk of Court

							s/Paula McNabb
							Deputy Clerk